IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA            )
                                    )
            v.                      )       CASE NO. DNCW3:00CR8-5
                                    )       (Financial Litigation
LETITA LOWE PICKLESIMER,            )             Unit)
                                    )
and                                 )
                                    )
SEMPER FI PROPERTY                  )
MANAGEMENT LLC,                     )
            Garnishee.              )

**WRIT OF CONTINUING GARNISHMENT**

GREETINGS TO:   Semper Fi Property Management LLC
                4757 Highway 17 Bypass S
                Myrtle Beach, SC 29577
                Attn: William Rivera

     An Application for a Writ of Garnishment against the property

of Defendant, Letita Lowe Picklesimer, has been filed with this

Court (Docket No. 361).   A judgment has been entered against

Defendant (Docket No. 237).   A current total balance of

$8,383,311.22, computed through November 29, 2011, is due and

owing.

     You, as Garnishee, are **required by law to answer in writing**,

under oath, within ten (10) days, of service of this Writ, whether

or not you have in your custody, control or possession, any

property or funds owned by Defendant, including non-exempt,

disposable earnings.

     You **must withhold and retain any property** in which Defendant

has a substantial non-exempt interest and for which you are or may

become indebted to Defendant pending further order of the Court.

This means that you should withhold 25% of Defendant's earnings

which remain after all deductions required by law have been

withheld, and 100% of all 1099 payments. <u>See</u> 15 U.S.C. §1673(a).

Please state whether or not you anticipate paying Defendant

any future payments and whether such payments are weekly, bi-

weekly, monthly, annually or bi-annually.

You must **<u>file the original written Answer</u>** to this Writ within

ten (10) days of your receipt of this Writ with the following

office:

**Clerk of the United States District Court**
**401 West Trade Street**
**Charlotte, NC 28202**

Additionally, you are required by law to **<u>serve a copy of the</u>**

**<u>Answer</u>** upon Defendant at her last known address:

Letita Lowe Picklesimer
XXXXXXXXXXXX
Myrtle Beach, SC 29588

You are also required to **<u>serve a copy of the Answer</u>** upon the

Plaintiff at the following address:

Jennifer A. Youngs, Assistant United States Attorney
United States Attorney's Office
Financial Litigation Unit
227 West Trade Street, Suite 1650
Charlotte, NC 28202

Under the law, there is property which is exempt from this

Writ of Garnishment.  Property which is exempt and which is not

subject to this Order may be listed on the attached Claim for Exemption form.

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging Defendant from employment by reason of the fact that her earnings have been subject to garnishment for any one indebtedness.

Pursuant to 28 U.S.C. § 3205(c)(6), if you **fail to answer this Writ or withhold property or funds** in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer the Writ and to withhold property before the appearance date. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of Defendant's non-exempt interest in such property. The Court may award a reasonable attorney's fee to the United States and against you if the Writ is not answered within the time specified. It is unlawful to pay or deliver to Defendant any item attached by this Writ.

**SO ORDERED.**                     Signed: November 30, 2011

_____

David S. Cayer
United States Magistrate Judge