IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. DNCW3:00CR8-5 |
| ) | (Financial Litigation Unit) |
| LETITA LOWE PICKLESIMER, ) | |
| ) | |
| and ) | |
| ) | |
| SEMPER FI PROPERTY ) | |
| MANAGEMENT LLC, ) | |
|           Garnishee. ) | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Semper Fi Property Management LLC, as Garnishee. On December 27, 2000, the Honorable Robert D. Potter sentenced Defendant to seventy-eight months of incarceration for her convictions of Conspiracy to commit Mail Fraud, Mail Fraud and Aiding and Abetting the same, Wire Fraud and Aiding and Abetting the same, Money Laundering and Aiding and Abetting the same, Engaging in Monetary Transactions in Property derived from unlawful activity and Aiding and Abetting the same, and Conspiracy to commit Money Laundering and Aiding and Abetting the same, all is violation of 18 U.S.C. §§ 371, 1341, 1343, 1956(a)(1), 1956(a)(1)(A)(I), 1956(h), 1957, 1957(a) and 2. Judgment in the criminal case was filed on December 27, 2000 (Docket No. 237). As part of that Judgment, Defendant was ordered to pay an assessment of $1,900 and restitution of $8,398,486.07 to the victims of these offenses. Id.

On November 30, 2011, the Court entered a Writ of Continuing Garnishment ("Writ") (Docket No. 364) to Garnishee, Semper Fi Property Management LLC ("Garnishee"). The United States is entitled to a wage garnishment of up to twenty five per cent of net income and

has satisfied the prerequisites set forth in 15 U.S.C. § 1673. Defendant and Garnishee were individually served with the Writ on December 2, 2011. Garnishee filed an Answer on December 15, 2011 (Docket No. 368) stating that at the time of the service of the Writ, Garnishee had in their custody, control or possession property or funds owned by Defendant, including non-exempt, disposable earnings.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $8,383,311.22 computed through November 29, 2011. Garnishee will pay the United States up to twenty five per cent of Defendant's net earnings which remain after all deductions required by law have been withheld, and one hundred per cent of all 1099 payments, and Garnishee will continue said payments until the debt to the United States is paid in full, or until Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:00CR8-5.

The United States will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.  Signed: January 9, 2012

David S. Cayer
United States Magistrate Judge